# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA

# REQUEST FOR CHANGE OF ADDRESS

CASE NAME: Glenda Rutledge

CASE NO. 06-42015       JUDGE PWB       CHAPTER 7

CHANGE FOR

DEBTOR _____    CREDITOR __X__  ATTORNEY _____    (for) Debtor
                                                       Creditor

NOTE: (For Attorneys Only) IF MORE THAN ONE CASE, PLEASE ATTACH LIST.

EFFECTIVE DATE OF CHANGE: _____

BAR I.D. NUMBER:

NAME:                    D & G Auto Sales
                              (Please Print)

NEW ADDRESS:             12280 Highway 27

                         Summerville, GA 30747


                              (Telephone Number)

*********************************************************

NAME:                    D & G Auto Sales

OLD ADDRESS:             9788 Highway 27

                         Summerville, GA 30747


THIS CHANGE OF ADDRESS WAS FURNISHED BY: /s/Chris Rampley    Bar #: 593225
DATE:
                                                             02-27-13

F65 (change.add) 1/95